UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIET LOWELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LYFT, INC.,<br><br>    Defendant. | CASE NO. 7:17-cv-06251 |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Chantal Khalil of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, located at 445 Hamilton Ave, Suite 605, White Plains, New York 10601, telephone number (914) 298-3294, facsimile (914) 298-3329, hereby enters an appearance in this matter on behalf of Plaintiff Harriet Lowell. I certify that I am admitted to practice law in this Court.

Copies of all documents and pleadings regarding this case are to be electronically served on the undersigned counsel.

Dated: August 17, 2017      Respectfully submitted,

                /s/Chantal Khalil
               Chantal Khalil
               **FINKELSTEIN, BLANKINSHIP,**
               **FREI-PEARSON & GARBER, LLP**
               445 Hamilton Ave, Suite 605
               White Plains, New York 10601
               Tel: (914) 298-3294
               Fax: (914) 298-3329
               ckhalil@fbfglaw.com

*Counsel for Plaintiff and the Proposed Class*

{00286664 }

## CERTIFICATE OF SERVICE

I, Chantal Khalil, hereby certify that on August 17, 2017, I caused the foregoing NOTICE OF APPEARANCE to be filed electronically in the above-captioned action via the Court's CM/ECF system, which caused electronic copies to be served on all counsel of record.

By: */s/Chantal Khalil*
Chantal Khalil
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
445 Hamilton Ave, Suite 605
White Plains, New York 10601
Tel: (914) 298-3294
Fax: (914) 298-3329
ckhalil@fbfglaw.com

{00286664 }