UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

HARRIET LOWELL,                    Plaintiff,        Case No. 17 Civ. 06251 (NSR)

-against-

LYFT, INC.                         Defendant.
-----------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Harry Fidler**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: HF1128          My State Bar Number is 5398847

I am,
[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Arnold & Porter LLP
            FIRM ADDRESS: 399 Park Avenue New York, New York 10022
            FIRM TELEPHONE NUMBER: (917) 763-0153
            FIRM FAX NUMBER: (212) 715-1399

NEW FIRM:   FIRM NAME: Arnold & Porter Kaye Scholer LLP
            FIRM ADDRESS: 250 West 55th Street New York, New York 10019
            FIRM TELEPHONE NUMBER: (212) 836-7381
            FIRM FAX NUMBER: (212) 836-8689

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: September 6, 2017

_____
ATTORNEY'S SIGNATURE