# Center for Disability Rights, Inc.

Community Supplemental Needs Trust
497 State Street
Rochester, NY 14608
Phone: (585) 546-7560
Toll Free: (877) 237-2230
Fax: (585) 546-7567
Email: pooledtrust@cdrnys.org
Website: www.cdrnys.org/pooledtrust

Docket in case # 17 CV/CR 6251
As: Letter
Date: 3/19/2018

March 19, 2018

<u>Via Facsimile (914-390-4179)</u>
Honorable Nelson S. Román
The Hon. Charles L. Brieant, Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *Lowell v. Lyft, Inc.*, 7:17-cv-06251-NSR-LMS (S.D.N.Y.)

Dear Judge Román:

Due to an oversight, my *pro hac vice* application (ECF No. 25) incorrectly indicated that I represent Plaintiffs in this case. I do not represent Plaintiffs and am, as stated in my letter requesting leave to file an *amicus* brief, counsel for proposed *Amici* the National Council on Independent Living ("NCIL") and the Center for Disability Rights, Inc. ("CDR"). I apologize for any confusion caused by my *pro hac vice* application and thank Your Honor for your consideration.

Respectfully submitted,

Kathryn Carroll (*Pro Hac Vice*)
Center for Disability Rights
99 Washington Avenue, Suite 806B
Albany, NY 12210
Counsel for *Amici Curiae*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
ED: 3/19/2018

CC: All Counsel of Record (via email)

Rochester Office    497 State Street    Rochester, New York 14608    (585) 546-7510 V/TTY    (585) 546-5643 FAX
Edgerton Community Center    41 Backus Street    Rochester, New York 14613    (585) 546-7510 V/TTY    (585) 458-8046 FAX
Albany Office    99 Washington Avenue, Suite 806B    Albany, New York 12210    (518) 320-7100 V/TTY    (518) 320-7122 FAX
Geneva Office    34 Castle Street    Geneva, New York 14456    (315) 789-1800 V/TTY    (315) 789-2100 FAX
Corning Office    23 West Market Street, Suite 103    Corning, New York 14830    (607) 654-0030 V/TTY    (607) 936-1258 FAX