```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIET LOWELL and WESTCHESTER DISABLED ON THE MOVE, INC., individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>   v.<br><br>LYFT, INC.,<br><br>                 Defendant. | NOTICE OF MOTION<br><br>7:17-CV-06251 (NSR) |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declaration, and the exhibits attached thereto, Defendant Lyft, Inc., by its undersigned counsel, hereby moves this Court for an order dismissing the Amended Complaint (ECF No. 20) pursuant to Fed. R. Civ. P. 12(b)(1), and in the alternative pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Minute Entry dated December 6, 2017, Plaintiffs' opposition shall be served by March 2, 2018, and Defendant's Reply shall be served by March 23, 2018.

Dated: New York, New York
         January 24, 2018

                                      ARNOLD & PORTER

                                      By: /s/ *Sara L. Shudofsky*
                                          Sara L. Shudofsky
                                          Harry K. Fidler
                                          250 West 55th Street
                                          New York, NY 10019-9710
                                          T: (212) 836-7922
                                          F: (212) 836-8689
                                          sara.shudofsky@apks.com
                                          harry.fidler@apks.com

                                          *Attorneys for Defendant Lyft, Inc.*

TO: Jeremiah Frei-Pearson
    Finkelstein, Blankinship,
    Frei-Pearson & Garber, LLP
    445 Hamilton Avenue, Suite 605
    White Plains, New York 10601

    Michael Hellmann
    Westchester Independent Living Center
    10 County Center Road, Suite 203
    White Plains, New York 10607