UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIET LOWELL and WESTCHESTER DISABLED ON THE MOVE, INC., individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>LYFT, INC.,<br>                Defendant. | 7:17-CV-06251-NSR |

CERTIFICATE OF SERVICE

      HARRY K. FIDLER, an attorney associated with the law firm of Arnold & Porter Kaye Scholer LLP, does hereby certify that:

1. On January 24, 2018, he caused true and correct copies of (1) Lyft's motion to dismiss the Amended Complaint; (2) Lyft's memorandum in support of its motion to dismiss; and (3) the declaration of Sara L. Shudofsky and all exhibits thereto, to be served upon the following:

   Jeremiah Lee Frei-Pearson (via email & Federal Express)
   Chantil Khalil (via email)
   Finkelstein, Blankinship, Frei-Pearson & Garber, LLP
   445 Hamilton Avenue, Suite 605
   White Plains, New York 10601
   Jfrei-pearson@fbfglaw.com
   cKhalil@fbfglaw.com

   Michael Hellmann (via email & Federal Express)
   Westchester Independent Living Center
   10 County Center Road, Suite 203
   White Plains, NY 10607
   adatty@aol.com

2. On March 30, 2018, he caused true and correct copies of Lyft's reply memorandum in support of its motion to dismiss to be served upon the following:

   Jeremiah Lee Frei-Pearson (via email & Federal Express)
   Chantil Khalil (via email)
   Andrew Charles White (via email)

Finkelstein, Blankinship, Frei-Pearson & Garber, LLP
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
Jfrei-pearson@fbfglaw.com
cKhalil@fbfglaw.com
awhite@fbfglaw.com

Michael Hellmann (via email & Federal Express)
Westchester Independent Living Center
10 County Center Road, Suite 203
White Plains, NY 10607
adatty@aol.com

                                                                                                                                                HARRY K. FIDLER

Dated: New York, New York
       March 30, 2018