UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIET LOWELL and WESTCHESTER DISABLED ON THE MOVE, INC., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant. | 7:17-CV-06251 (NSR) |

BRIEF FOR AMICI CURIAE NATIONAL COUNCIL ON INDEPENDENT LIVING AND
THE CENTER FOR DISABILITY RIGHTS IN SUPPORT OF THE PLAINTIFFS

Kathryn Carroll
Center for Disability Rights, Inc.
99 Washington Avenue, Ste. 806B
Albany, NY 12210
kcarroll@cdrnys.org
Counsel for Amici Curiae

*Counsel's request to file amicus brief is granted. The brief is deemed filed.*

*The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 44.*

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/18

1