# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIET LOWELL, and WESTCHESTER DISABLED ON THE MOVE, INC., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LYFT, INC.,<br>　　　　　　　　　　Defendant. | Civil Action No. 7:17-CV-06251-NSR<br><br>**Rule 7.1 Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Lyft, Inc. ("Lyft") states that Lyft is a privately held corporation with no parent corporation. Rakuten, Inc., a publicly held corporation trading on the Tokyo Stock Exchange, owns more than ten percent (10%) of Lyft's outstanding stock through a subsidiary.

Dated:  January 15, 2019
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP

　　　　　　　　　　　　　　　　　　By:/s/ *Sara L. Shudofsky*
　　　　　　　　　　　　　　　　　　　　Sara L. Shudofsky
　　　　　　　　　　　　　　　　　　　　Harry K. Fidler
　　　　　　　　　　　　　　　　　　　　Debra E. Schreck
　　　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　　　New York, NY  10019-9710
　　　　　　　　　　　　　　　　　　　　T:  (212) 836-7922
　　　　　　　　　　　　　　　　　　　　F:  (212) 836-8689
　　　　　　　　　　　　　　　　　　　　sara.shudofsky@apks.com
　　　　　　　　　　　　　　　　　　　　harry.fidler@apks.com
　　　　　　　　　　　　　　　　　　　　debra.schreck@apks.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Lyft, Inc.*