UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIET LOWELL, *et al.*,<br><br>                    Plaintiffs,<br><br>        -against-<br><br>LYFT, INC.,<br><br>                    Defendant. | **RULE 502(d) STIPULATION & ORDER**<br><br>Civil Action No. 7:17-CV-06251-NSR-LMS |

Lisa Margaret Smith, U.S. Magistrate Judge:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO STIPULATED AND AGREED.

_____
Chantal Khalil
Jeremiah Frei-Pearson
Andrew Charles White
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
Telephone: (914) 298-3281
Facsimile: (914) 824-1561

_____
Sara L. Shudofsky
Harry K. Fidler
Debra E. Schreck
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-7922
Facsimile: (212) 836-8689

SO ORDERED.

_____
Lisa Margaret Smith
United States Magistrate Judge
3/27/19