UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

HARRIET LOWELL and WESTCHESTER DISABLED ON THE MOVE, INC., individually and on behalf of all others similarly situated,

                            Plaintiffs,

        v.

LYFT, INC.,

                            Defendant.

Case No. 7:17-cv-06251-NSR

## PLAINTIFFS' WITHDRAWAL OF JURY DEMAND

Pursuant to Rule 38(d) of the Federal Rules of Civil Procedure, Plaintiffs Harriet Lowell and Westchester Disabled On The Move, Inc. hereby withdraw their jury demand with respect to all of their causes of action in the instant case.

Defendant Lyft, Inc. consents to Plaintiffs' jury demand withdrawal.

Dated: April 8, 19

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

*s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
Chantal Khalil
Bradley F. Silverman
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
jfrei-pearson@fbfglaw.com
ckhalil@fbfglaw.com
bsilverman@fbfglaw.com

Michael Hellmann
**WESTCHESTER INDEPENDENT LIVING CENTER**

2

10 County Center Road, Suite 203
White Plains, NY 10607
Tel: (845) 228-7457
Fax: (745 933-5390

*Attorneys for Plaintiffs and Putative Class*