UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HARRIET LOWELL and WESTCHESTER
DISABLED ON THE MOVE, INC.,
individually and on behalf of all others
similarly situated,

                    Plaintiffs,

v.

LYFT, INC.

                    Defendant.
----------------------------------------------------------X

**ORDER**

17-cv-06251 (PMH)

PHILIP M. HALPERN, United States District Judge:

    This matter has recently been reassigned to me. Due to the extension of discovery deadlines and further proceedings before Magistrate Judge Smith, the case management conference previously scheduled for May 8, 2020 is hereby cancelled.

**SO ORDERED:**

Dated: New York, New York
       April 30, 2020

_____
Philip M. Halpern
United States District Judge