UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Lowell,

                          Plaintiff,                  **RESCHEDULING ORDER**

      -against-                            17 Civ. 6251 (PMH) (AEK)

Lyft, Inc.,

                          Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The telephonic status conference scheduled for Monday, May 3, 2021 at 12:00 p.m. before Magistrate Judge Krause is hereby rescheduled to **Friday, May 14, 2021, at 2:30 p.m.**

      If there are any discovery issues that the parties would like to have addressed at the conference, the parties are hereby ordered to submit a joint letter of up to four pages <u>by no later than the close of business on May 12, 2021</u>, setting forth, and providing their respective positions with regard to, such issues.

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: April 30, 2021
       White Plains, New York

                                                        **SO ORDERED.**

                                                        ANDREW E. KRAUSE
                                                        United States Magistrate Judge