# EXHIBIT D (REDACTED)



CONFIDENTIAL - Subject to Protective Order LYFT0119944