# EXHIBIT 1

# Marie Jonas

| | |
|---|---|
| **From:** | Marie Jonas |
| **Sent:** | Monday, January 25, 2021 11:49 AM |
| **To:** | Chantal Khalil; Jeremiah Frei-Pearson |
| **Cc:** | Jiyun Cameron Lee |
| **Subject:** | Lowell v. Lyft - Depositions |

Good afternoon, counsel,

I am writing to confirm the deposition dates proposed in your letter last week for Harriet Lowell and Neal Earhart. February 22nd and 23rd work for us. We will get out notices shortly, but in the meantime ask you to please hold those dates.

Further, please let us know as soon as possible which depositions from Lyft you would like to take, so that we can begin the scheduling process. We look forward to working collaboratively to get the necessary depositions on calendar in a reasonable time frame.

Thank you very much.

Kind regards,
Marie

Folger Levin LLP
**Marie Elizabeth Jonas**
Pronouns: She/Her

199 Fremont Street, 20th Floor
San Francisco, CA  94105
DIRECT: 415.625.1058 / MOBILE: 510.219.4924
EMAIL: mjonas@folgerlevin.com

The message above is intended for the designated recipient(s) only and may contain privileged attorney-client communications.  If you are not an intended recipient, please delete the message and notify the sender at the telephone number or e-mail address above.