# EXHIBIT 1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIET LOWELL and WESTCHESTER DISABLED ON THE MOVE, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>LYFT, INC.,<br><br>      Defendant. | Case No. 7:17-cv-06251-PMH-AEK |

**PLAINTIFF HARRIET LOWELL'S
THIRD AMENDED OBJECTIONS AND RESPONSES TO
DEFENDANT LYFT, INC.'s SECOND SET OF INTERROGATORIES**

  Plaintiff Harriet Lowell ("Plaintiff"), by and through her undersigned attorneys, hereby serves the following Amended Objections and Responses to Defendant Lyft, Inc.'s ("Defendant" or "Lyft") Second Set of Interrogatories.

Dated: July 16, 2021             Respectfully submitted,

                        **FINKELSTEIN, BLANKINSHIP,
                        FREI-PEARSON & GARBER, LLP**

                        *s/ Jeremiah Frei-Pearson*
                        Jeremiah Frei-Pearson
                        Chantal Khalil
                        One North Broadway, Suite 900
                        White Plains, New York 10601
                        Telephone: (914) 298-3281
                        Facsimile: (914) 824-15610
                        jfrei-pearson@fbfglaw.com
                        ckhalil@fbfglaw.com

| | |
|---|---|
| Shari Puckett | Kankakee, IL |
| Shawn Rose | Streamwood, IL |
| Shelley Walenga | Hoffman Estates, IL |
| Stephanie Elizabeth Ban | Bartlett, IL |
| Steve Pressley | Schaumburg, IL |
| Tammy Dimery | Prophetsown, IL |
| Teresa Grzeslo | Lake Villa, IL |
| Teresa Szawlowski | Lake Zurich, IL |
| Theodore Daffin | Chicago, IL |
| Theresa M Eberhardt | Yorkville, Illinois |
| Tina Crogham | O'Fallon, MO |
| Trisa Harris | New York, NY |
| Valerie Kowalewski | Addison, IL |
| Valia Perez | Elgin, IL |

**INTERROGATORY NO. 20:**

Identify all individuals whose testimony You intend to offer in support of class certification.

**RESPONSE: Plaintiff objects to this interrogatory as premature as discovery is ongoing and Plaintiff is not in a position to determine all witnesses. Plaintiff will identify all witnesses following appropriate discovery and at the time required by the Federal Rules of Civil Procedure, the Southern District of New York Local Rules, and the scheduling orders of the Court. Plaintiff also objects to this interrogatory to the extent that the interrogatory and its subparts constitute more interrogatories than are permissible. Plaintiff reserves the right to supplement this response.**

**SUPPLEMENTAL RESPONSE: Plaintiff reiterates its objection that this interrogatory is premature. Plaintiff also reserves the right to supplement this response. Subject thereto, Plaintiff intends to rely on the following:**

| Name | |
|---|---|
| Alex Elegudin | Wheeling Forward. Mr. Elegudin may be contacted through counsel. |
| Altaira Hatton | Boulder Creek, CA |
| Amanda Lewis | Chicago, IL |
| Angel Destiny Rose | Streamwood, IL |
| Anna Price | Kewana, IN |
| Annette Hunter-Grey | Chicago, IL |

15

| | |
|---|---|
| Ansel Lurio | Self-employed.  Mr. Lurio may be contacted through counsel. |
| Ashlee Swanson | Eau Claire |
| Benjamin Stephens | Chicago, IL |
| Bruce Carmona | Elk Road Village, IL |
| Carolina Morello | Waukugen, IL |
| Carrie Sandahl | Oak Park, IL |
| Christie Leigh Cellman | Iowa City, Johnson, Iowa |
| Christine Bousum | Kokomo, IN |
| Claudia Stern | Hemming Morse Forensic & Financial Consultants.  Ms. Stern may be contacted through counsel. |
| Coreeta Rodriguez | Fort Worth TX |
| Dann Iswonger | Cape Girardeau |
| David Yest | Elmwood Park, IL |
| Debbie McMahan | Montomgery County, TX |
| Deloris Sarpey | Oak Park, IL |
| Denise Horn | Janesville, WI |
| Earl Eggert | Rockford, IL |
| Eddie Long | Plainfield, IL |
| Estela Tapia | Chicago, IL |
| Fallon Marie Hughes | Yonkers/Westchester, NY |
| Gary Kenney | Rockford, IL |
| Graciela Luisa Bretschneider | New York, NY (Manhattan) |
| Harold Lewis | Palatine, IL |
| Harriet Lowell | Ms. Lowell may be contacted through counsel. |
| Helen Lee | Schaumburg, IL |
| Jean Kucen | Lyons, IL |
| Jeffrey Metz | Portage, IN |
| Jennie Martinico | Staten Island/Richmond/NY |
| Jennifer Campos | Havana, IL |
| Jennifer Gasner | San Diego, CA |
| Jennifer M Kucera | Berea, Ohio |
| Jesse Taylor | Chicago, IL |
| Jessica Hetzel | Macomb, Michigan |
| Joe Stachurski | Saint Child's IL |
| John Moynihan | Yonkers, NY |
| Jose Hernandez | Bronx, NY |
| Judith Pedi | Bronx, NY |
| Judith Stalnaker | Chicago, IL |
| Julie S. Betzel | New Hope, MN |
| Kale Goffman | Poplar Grove, IL |
| Kathleen Downes | Floral Park, NY |

| | |
|---|---|
| Kathy Cornell | Arlington Heights, IL |
| Kathy Dykstra | Monroe, Michigan |
| Keith Stone | Kalamazoo, Michigan |
| Kristyn Smith | Schaumburg, IL |
| Kurt Clifton | Sycamore, IL |
| Laura C. Berendson | Arlington Heights/Cook, IL |
| Laura Kurek | Darien, IL |
| Laura Soto | Evanston, IL |
| Leilani Logan | Pingree Grove, IL |
| Lisa Rivera | Bronx, NY |
| Lisa Schott | Orland Park/Cook, IL |
| Lois Ray | Chicago, IL |
| Lucy Marie Richardson | NYC |
| Maria Lanenga | Sauk Village, IL |
| Maria Peele | Chicago, IL |
| Marilyn Maize | Schaumburg, IL |
| Martin Maude | Paletine, IL |
| Mary Ann Brown | Janesville, WI |
| Mary Delgado | Chicago, IL |
| Mary Querio | Naples, FL |
| Maryia Svanko | Chicago, IL |
| Mel Tanzman | Former Executive Director of WDOMI.  Mr. Tanzman may be contacted through counsel. |
| Melinda Diu | Aurora, IL |
| Monica Barth | Batavia, IL |
| Norah Perez | Lomboard, IL |
| Pat Weber | Waukegan, IL |
| Richard Reece | Cyrstal Lake, IL |
| Robert Patridge | Altamonte Springs, FL |
| Sandra Ruth Pinkerton | Fort Lee, NJ |
| Shari Puckett | Kankakee, IL |
| Shawn Rose | Streamwood, IL |
| Shelley Walenga | Hoffman Estates, IL |
| Stephanie Elizabeth Ban | Bartlett, IL |
| Steve Pressley | Schaumburg, IL |
| Tammy Dimery | Prophetsown, IL |
| Teresa Grzeslo | Lake Villa, IL |
| Teresa Szawlowski | Lake Zurich, IL |
| Theodore Daffin | Chicago, IL |
| Theresa M Eberhardt | Yorkville, Illinois |
| Tina Crogham | O'Fallon, MO |
| Trisa Harris | New York, NY |
| Valerie Kowalewski | Addison, IL |

| Valia Perez | Elgin, IL |
|---|---|

**INTERROGATORY NO. 21:**

What factors do You contend should be used to determine whether Lyft is providing "full and equal service to disabled individuals who require wheelchair-accessible vehicles" on its platform?

**RESPONSE: This Interrogatory requires Plaintiff to apply facts to relevant law regarding Lyft's obligations to provide services to people with disabilities. Plaintiff objects to this contention interrogatory as premature and in violation of S.D.N.Y. L. Civ. R. 33.3(c).** *In re Facebook, Inc.*, **MDL No. 12-2389, 2016 WL 5080152, at \*2 (S.D.N.Y. July 7, 2016) (holding that interrogatories "ask[ing] Plaintiffs to apply their opinion of the application of relevant law" constitute contention interrogatories). Contention interrogatories must be reserved until after the completion of other discovery.** *Id.* **at \*3 ("Notwithstanding the power to order otherwise, Southern District courts have been generally consistent that the proper understanding of Rule 33 requires contention interrogatories be reserved until after the completion of discovery.") (collecting cases). The Parties are currently undergoing discovery. Plaintiff also objects to this interrogatory to the extent that the interrogatory and its subparts constitute more interrogatories than are permissible. Plaintiff reserves the right to supplement this interrogatory response upon completion of discovery.**

**SUPPLEMENTAL RESPONSE: Subject to Plaintiff's objections (as articulated above), and reserving the right to supplement these interrogatory responses following the completion of discovery, Plaintiff responds as follows:**

**Metrics that may be used to determine whether Lyft is providing "full and equal service to [individuals with disabilities] who require wheelchair-accessible vehicles" on its platform may include: ease of users' ability to request wheelchair-accessible vehicles; ride fares; wait times for on-demand ride requests; and on-demand ride acceptance rates.**

**The ADA Title III Technical Assistance Manual § 4.4700 defines "equivalent service" as follows: "A system is deemed to provide equivalent service if, when the system is viewed in its entirety, the service provided to individuals with disabilities, including those who use wheelchairs, is provided in the most integrated setting appropriate to the needs of the individual and is equivalent to the service provided other individuals. The Department of Transportation regulation lists eight service characteristics that must be equivalent. These include schedules/response time, fares, and places and times of service availability."**

**CERTIFICATE OF SERVICE**

      I certify that on July 16, 2021, I caused a true and correct copy of Plaintiff Lowell's Third Amended Objections and Responses to Defendant Lyft, Inc.'s Second Set of Interrogatories to be served by email upon the following:

      Jiyun Cameron Lee
      Marie Elizabeth Jonas
      **FOLGER LEVIN LLP**
      199 Fremont Street, 20th Floor
      San Francisco, CA  94105
      T: (415) 625-1050
      jlee@folgerlevin.com
      mjonas@folgerlevin.com

*Attorneys for Defendant Lyft, Inc.*

                    *s/ Jeremiah Frei-Pearson*
                    Jeremiah Frei-Pearson

## **VERIFICATION**

      I, HARRIET LOWELL, have read the foregoing Responses and Objections to Defendant Lyft, Inc.'s Second Set of Interrogatories, know the contents thereof, and do swear that they are true and correct to my knowledge, information, and belief.


Dated: July 16, 2021

_____<br>HARRIET LOWELL