## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

HARRIET LOWELL and WESTCHESTER DISABLED ON THE MOVE, INC., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

LYFT, INC.,

Defendant.

Case No. 7:17-cv-06251

NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Reconsideration, Plaintiffs Harriet Lowell and Westchester Disabled on the Move, Inc., will respectfully move this Court, before the Honorable Philip M. Halpern, at the United States Courthouse, 300 Quarropas St., White Plains, New York, at a date and time to be set by the Court, for an Order pursuant to Rules 54(b) and 60(b) of the Federal Rules of Civil Procedure and Local Rule 6.3 of the Southern District of New York's Local Civil Rules granting their Motion for Reconsideration of the Court's dismissal of Plaintiff Lowell's New York City Human Rights Law, N.Y.C. Admin. Code § 8-101, *et seq.*, claims.

Dated: October 15, 2021

*s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
Chantal Khalil
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900

White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
jfrei-pearson@fbfglaw.com
ckhalil@fbfglaw.com

Michael Ram (*Pro Hac Vice*)
**MORGAN AND MORGAN COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel:  415-358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs and the Putative Class*

Michael Hellman (*Pro Hac Vice*)
**ADA COMPLIANCE SERVICE**
27 Fieldstone Drive, Suite 209
Hartsdale, NY 10530
Tel: (646) 662-1335
Fax: (914) 682-8518
adatty@aol.com

*Attorney for Plaintiff Harriet Lowell and the Putative Class*