# EXHIBIT 2

# REDACTED

CONFIDENTIAL

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   Case No. 17-cv-6251
     - - - - - - - - - - - - - - - - - -x
 3   HARRIET LOWELL and WESTCHESTER      :
     DISABLED ON THE MOVE, INC.,         :
 4   Individually and on Behalf of All   :
     Others Similarly Situated,          :
 5                                       :
                         Plaintiffs,     :
 6            - vs -                     :
                                         :
 7   LYFT, INC.,                         :
                                         :
 8                         Defendants.   :
     - - - - - - - - - - - - - - - - - -x
 9
                              August 20, 2021
10                            10:59 a.m.
                              39 Broadway
11                            New York, New York
12
13
14
15            ***CONFIDENTIAL***
16
17
18
19
20         VIDEOTAPED VIRTUAL REMOTE DEPOSITION
21   UPON ORAL EXAMINATION OF MELVYN TANZMAN, held at
22   the above-mentioned time and place, before Randi
23   Friedman, a Registered Professional Reporter,
24   within and for the State of New York.
25
```

Page 1



