# EXHIBIT 3

# REDACTED

CONFIDENTIAL

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------ X
    HARRIET LOWELL and WESTCHESTER
 3  DISABLED ON THE MOVE, INC.,
    individually and on behalf of
 4  all other similarly situated,
 5              Plaintiffs,
                                    Case No.
 6                                  7:17-cv-06251-
                        v.          PMH-AEK
 7  LYFT, INC.,
 8              Defendant.
    ------------------------------ X
 9
10              February 22, 2021
11              10:10 a.m.
12
13
14        CONFIDENTIAL VIDEOTAPED deposition
15  of HARRIET LOWELL, held via Zoom at One
16  Renaissance Square, White Plains, New York,
17  pursuant to Notice, before Theresa Tramondo,
18  AOS, CLR, a Notary Public of the State of
19  New York.
20
21
22
23  Reported by:
24  THERESA TRAMONDO, AOS, CLR
25  JOB NO. SF4457384
```

Page 1



