# EXHIBIT 2

# REDACTED

CONFIDENTIAL

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    Case No. 17-cv-6251
      - - - - - - - - - - - - - - - - -x
 3    HARRIET LOWELL and WESTCHESTER      :
      DISABLED ON THE MOVE, INC.,         :
 4    Individually and on Behalf of All   :
      Others Similarly Situated,          :
 5                                        :
                            Plaintiffs,   :
 6            - vs -                       :
                                          :
 7    LYFT, INC.,                         :
                                          :
 8                         Defendants.    :
      - - - - - - - - - - - - - - - - -x
 9
                                   August 20, 2021
10                                 10:59 a.m.
                                   39 Broadway
11                                 New York, New York
12
13
14
15                ***CONFIDENTIAL***
16
17
18
19
20            VIDEOTAPED VIRTUAL REMOTE DEPOSITION
21    UPON ORAL EXAMINATION OF MELVYN TANZMAN, held at
22    the above-mentioned time and place, before Randi
23    Friedman, a Registered Professional Reporter,
24    within and for the State of New York.
25
```

Page 1

