# EXHIBIT 3

# REDACTED

CONFIDENTIAL

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------ X
     HARRIET LOWELL and WESTCHESTER
 3   DISABLED ON THE MOVE, INC.,
     individually and on behalf of
 4   all other similarly situated,
 5              Plaintiffs,
                                        Case No.
 6                                      7:17-cv-06251-
                      v.                PMH-AEK
 7   LYFT, INC.,
 8              Defendant.
     ------------------------------ X
 9
10              February 22, 2021
11              10:10 a.m.
12
13
14         CONFIDENTIAL VIDEOTAPED deposition
15   of HARRIET LOWELL, held via Zoom at One
16   Renaissance Square, White Plains, New York,
17   pursuant to Notice, before Theresa Tramondo,
18   AOS, CLR, a Notary Public of the State of
19   New York.
20
21
22
23   Reported by:
24   THERESA TRAMONDO, AOS, CLR
25   JOB NO. SF4457384
```

Page 1



