# EXHIBIT 1

CHRISTOPHER WU
Confidential

```
                                                            1

 1                    CONFIDENTIAL

 2          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
 3          CASE NO. 7:17-cv-06251-PMH-AEK
     -------------------------------------------------------x
 4
     HARRIET LOWELL and WESTCHESTER DISABLED
 5   ON THE MOVE, INC., individually and on
     behalf of all others similarly situated,
 6
                              Plaintiffs,
 7
          - against -
 8
     LYFT, INC.,
 9                            Defendant.

10   -------------------------------------------------------x
                                        October 26, 2021
11                                      10:35 a.m.

12

13

14

15           VIDEOTAPED DEPOSITION DRAFT of

16   CHRISTOPHER WU, held REMOTELY, before Victoria

17   Russo, a Certified Shorthand Reporter and Notary

18   Public within and for the States of New York and

19   New Jersey, commencing on the above date and time.

20

21

22

23

24

25
```

CHRISTOPHER WU
Confidential

183

1  JMac and Brian Roberts.
2          Q.    Why don't we turn to Page ILRC22626.
3                MS. LEE:  What page is that in the
4  PDF?
5                MR. FREI-PEARSON:  I believe it is
6  Page 10.
7          A.    Okay.
8          Q.    Do you see where the presentation
9  states "we are currently incentivized to keep WAV
10 programs as small as possible while meeting
11 regulatory requirements.  Our big risk is being
12 forced to scale.  Regulations are shaped with the
13 correct assumption that we will do as little as
14 possible unless forced."
15         A.    I see it.
16         Q.    Is it true that the correct assumption
17 is that Lyft will do as little as possible with
18 regard to WAVS unless forced?
19               MS. LEE:  Argumentative.
20         A.    Is it true that Lyft will do as little
21 as possible unless forced?  I mean I think at this
22 time with the appetite the company had this was
23 probably true not related to health care transit
24 university opportunities like in Austin, in Boston,
25 but that was, you know, that was at that time.

CHRISTOPHER WU
Confidential

184

```
 1        Q.    Are you aware of that ever changing?
 2        A.    I don't know.  I'm not aware, but I
 3   haven't been there in so long.
 4        Q.    Did Lyft ever withdraw from any
 5   markets due to WAV requirements?
 6        A.    There was discussion of it for sure,
 7   but I don't remember.  I can't remember us
 8   withdrawing because of WAV requirements in a market.
 9        Q.    To the best of your knowledge and
10   memory, Lyft never withdrew from the market due to
11   WAV requirements?
12        A.    Yes.  Lyft Classic, yeah.
13        Q.    What did you mean when you said that
14   "Brooklyn is a case study at risk"?
15        A.    I don't recall.
16        Q.    Is "Brooklyn" a code for the New York
17   market according to Lyft?
18        A.    Yes.
19        Q.    And was Lyft forced to provide WAV
20   services in the New York market?
21        A.    I don't recall.  I don't work on the
22   initial WAV program at -- in New York.
23        Q.    To the best of your knowledge, did --
24   was Lyft required to provide WAV services in New
25   York City?
```