UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET LOWELL, et al.,

                Plaintiffs,

-against-

LYFT, INC.,

                Defendant.

**ORDER**

17-CV-06251 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared by telephone for a case management conference today. The Court heard from the parties and discussed various options for proceeding in this non-jury matter. Although the Court has not given permission to the parties to move for summary judgment, the Court granted the parties leave to file pre-motion letters and a single Rule 56.1 Statement in accordance with the Court's Individual Practices for the purpose of determining whether good cause exists to permit summary judgment motions in a non-jury case (*see* Rule 4(E)(i)).

    The parties are directed to meet and confer and coordinate a schedule that enables them to file the single Rule 56.1 Statement with responses as well as their pre-motion letters, limited to five double-spaced pages each, by August 15, 2022; and in any event, no later than July 25, 2022 Defendant shall serve its Rule 56.1 Statement on Plaintiffs, and no later than August 8, 2022 Plaintiffs' responses and any additional statements of fact shall be served on Defendant, such that Defendant will thereafter have one week to incorporate its responses to the additional facts. Opposition to the pre-motion letters shall be filed by August 22, 2022.

    A pre-motion conference will be held on August 29, 2022 at 2:30 p.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601. All members of the public, including attorneys, appearing at a Southern District of New York courthouse must

complete a questionnaire before being allowed entry into the courthouse. On the day that you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used as the SDNY entry device at the courthouse entrance.

**SO ORDERED:**

Dated: White Plains, New York
       July 7, 2022

_____
Philip M. Halpern
United States District Judge