**FBFG** | Finkelstein
Frei-Pearson

> Application granted in part. Members of the public may attend the conference in person in the gallery and jury box of courtroom 520 to the extent permitted by and in accordance with the Court's COVID-19 protocols. Overflow for the remainder of those interested in attending in person will be located in the Jury Assembly Room on the first floor of the courthouse. Individuals desiring remote access may call the following number at the time of the scheduled conference: (888) 398-2342; access code 3456831.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 3, 2022

**BY ECF**
Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

Re:   *Lowell v. Lyft, Inc.*, No. 7:17-cv-06251-PMH-AEK (S.D.N.Y.)

Dear Judge Halpern,

    We represent Plaintiffs in the above-captioned matter. Because this is a case of significant public interest, we anticipate that power wheelchair users and scooter users will attend the upcoming hearing. We write to request disability accommodations for the parties' upcoming August 29, 2022 hearing for power wheelchair and scooter users who would like to attend the hearing in-person. Defendant does not oppose Plaintiffs' request.

    First, as space in the courtroom is limited for people who use power wheelchairs and scooters, Plaintiffs respectfully request that members of the public who use wheelchairs and scooters be allowed to sit in the open space near the Clerk's desk beyond the traditional spectator seating. Plaintiffs also respectfully request that wheelchair and scooter users also be allowed to sit in the jury box, as overflow seating, for the August 29 hearing.

    Second, Plaintiffs have heard from members of the public who would like the opportunity to attend the hearing, but are unable to attend in person (including a proposed class representative who lives in Texas and uses a power wheelchair). To accommodate these individuals, Plaintiffs respectfully request a remote access link to allow spectators to attend the hearing virtually.

    A proposed Order is attached for Your Honor's consideration. Plaintiffs thank Your Honor for the Court's continued attention to this matter.

    Respectfully submitted,

Dated: July 25, 2022

By: *s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
Chantal Khalil
Amanda Chan
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900

White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
jfrei-pearson@fbfglaw.com
ckhalil@fbfglaw.com
achan@fbfglaw.com

Michael F. Ram (*Pro Hac Vice*)
**MORGAN AND MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: 415-358-6913
mram@forthepeople.com

CC: All counsel of record by ECF