UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIET LOWELL and WESTCHESTER DISABLED ON THE MOVE, INC., individually and on behalf of all others similarly situated,<br>　　　　　　　　　　　　Plaintiffs,<br>　　　　v.<br>LYFT, INC.,<br>　　　　　　　　　　　　Defendant. | Case No. 7:17-cv-06251-PMH-AEK |

## PLAINTIFFS' REVISED NOTICE OF MOTION FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that Plaintiffs Harriet Lowell and Westchester Disabled on the Move, Inc. ("WDOMI") hereby respectfully move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure to, for an Order:

1. certifying the following proposed classes pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure:

- All residents of or visitors to any and all regions serviced by Lyft aside from Lyft's Access Regions who require WAVs for vehicular transportation, and who are denied equal access to Lyft's transportation services (the "Non-Access Region Class") under the Americans with Disabilities Act ("ADA");

- All residents of or visitors to the Access Regions Boston, Chicago, Dallas, Los Angeles, Philadelphia, Phoenix, Portland, or San Francisco who require WAVs for vehicular transportation, and who are denied equal access to Lyft's transportation services (the "Access Regions Other Than NYC") under the ADA;

- All residents of or visitors to New York City who require WAVs for vehicular transportation, and who are denied equal access to Lyft's transportation services (the "NYC Class") under the ADA, the New York State Human Rights Law ("NYSHRL"), and the New York City Human Rights Law;

- All residents of or visitors to any and all regions serviced by Lyft in New York State aside from New York City who require WAVs for vehicular transportation, and who are denied equal access to Lyft's transportation services (the "New York State Other Than NYC Class") under the ADA and NYSHRL);

1

- All residents of or visitors to Westchester County who require WAVs for vehicular transportation, and who are denied equal access to Lyft's transportation services (the "Westchester Class") under the ADA and NYSHRL (collectively, the "Classes");

2. appointing Harriet Lowell and WDOMI as class representatives for the Non-Access Region Class;

3. appointing Pauline Scudieri as the class representative for the Access Regions Other Than NYC Class;

4. appointing Kenneth Burr as the class representative for the NYC Class;

5. appointing Harriet Lowell and WDOMI as the class representatives for the New York State Other Than NYC Class;

6. appointing Harriet Lowell and WDOMI as the class representatives for the Westchester Class;

7. appointing Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.C., and Michael Hellman of ADA compliance specialists as the Classes' Counsel; and

8. granting such other and further relief as the Court deems just and proper.

In support of this motion, Plaintiffs respectfully submit the accompanying memorandum of law, declaration of Jeremiah Frei-Pearson and its attendant exhibits, declaration of Michael Ram and its attendant exhibits, declaration of Michael Hellman, declaration of Harriet Lowell, declaration of Maria Samuels on behalf of WDOMI, declaration of Pauline Scudieri, declaration of Kenneth David Burr, and declaration of James Weisman.

Dated: May 3, 2022

                                    Respectfully submitted,

                                    *s/ Jeremiah Frei-Pearson*
                                    Jeremiah Frei-Pearson
                                    Chantal Khalil
                                    Amanda T. Chan
                                    **FINKELSTEIN, BLANKINSHIP,**
                                    **FREI-PEARSON & GARBER, LLP**
                                    1 North Broadway, Suite 900
                                    White Plains, New York 10601
                                    Tel: (914) 298-3281
                                    Fax: (914) 824-1561
                                    jfrei-pearson@fbfglaw.com
                                    ckhalil@fbfglaw.com
                                    achan@fbfglaw.com

                                    Michael F. Ram (*Pro Hac Vice*)
                                    **MORGAN AND MORGAN**
                                    **COMPLEX LITIGATION GROUP**
                                    711 Van Ness Avenue, Suite 500
                                    San Francisco, CA 94102
                                    Tel:  415-358-6913
                                    mram@forthepeople.com

                                    Michael T. Hellmann (*pro hac vice*)
                                    **ADA COMPLIANCE SERVICE**
                                    27 Fieldstone Drive, Suite 209
                                    Hartsdale, NY 10530
                                    adatty@aol.com
                                    Tel. 646-662-1335
                                    Fax. (914) 682-8518

                                    *Attorneys for Plaintiffs*
                                    *and the Putative Classes*