# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

One North Broadway, Suite 900
White Plains, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

**Via ECF** September 2, 2022

Hon. Philip M. Halpern, United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St., White Plains, NY 10601-4150

    Re:    *Lowell v. Lyft, Inc.*, 7:17-cv-06251-PMH-AEK (S.D.N.Y.)

Dear Judge Halpern,

    We represent Plaintiffs Harriet Lowell and Westchester Disabled on the Move, Inc.; we write jointly with Defendant Lyft, Inc. in accordance Your Honor's Order (ECF No. 303). After considering Your Honor's guidance at the August 29, 2022 pre-motion hearing, the Parties have conferred and jointly agree to forgo pre-trial summary judgment briefing. The Parties appreciate Your Honor's attention to this matter.

.

        Respectfully submitted,

        *s/ Jeremiah Frei-Pearson*
        Jeremiah Frei-Pearson
        Chantal Khalil
        **FINKELSTEIN, BLANKINSHIP,**
        **FREI-PEARSON & GARBER, LLP**
        1 North Broadway, Suite 900
        White Plains, New York 10601
        Tel: (914) 298-3281
        Fax: (914) 824-1561
        jfrei-pearson@fbfglaw.com
        ckhalil@fbfglaw.com

        Michael F. Ram (*Pro Hac Vice*)
        **MORGAN AND MORGAN**
        **COMPLEX LITIGATION GROUP**
        711 Van Ness Avenue, Suite 500
        San Francisco, CA 94102
        Tel: 415-358-6913
        mram@forthepeople.com

        Michael T. Hellmann (*pro hac vice*)
        **ADA COMPLIANCE SERVICE**
        27 Fieldstone Drive, Suite 209

2

Hartsdale, NY 10530
adatty@aol.com
Tel. 646-662-1335
Fax. (914) 682-8518

*Attorneys for Plaintiffs
and the Putative Classes*

2