UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET LOWELL, et al.,

               Plaintiffs,

-against-

LYFT, INC.,

               Defendant.

**ORDER**

17-CV-06251 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared by telephone for a pretrial conference today.

    For the reasons discussed on the record with counsel for all parties, the trial scheduled for January 17, 2023 is hereby adjourned *sine die* pending resolution of the class certification motion pending before the Magistrate Judge. The remaining deadlines set forth in the Court's November 7, 2022 Order (Doc. 320) are likewise adjourned *sine dine*.

    As explained more fully on the record during the conference, the Court directs the parties to meet and confer regarding the Court's directives and instructions concerning their Proposed Joint Pretrial Order (Doc. 333) and file the revised document by January 13, 2023.

    Defendant shall, by December 20, 2022, file a document(s) succinctly presenting the elements of the burden of proof for each claim for relief and defenses to be tried herein, in chart format or as an outline; and plaintiffs shall file their document(s) in chart format or as an outline by January 13, 2023. The parties shall, by January 20, 2023, meet and confer and file a joint letter, limited to five double-spaced pages, concerning the differences, if any, between their recitations of the burden of proof associated with each claim for relief and defense.

    See transcript.

**SO ORDERED:**

Dated: White Plains, New York
       December 13, 2022

_____
Philip M. Halpern
United States District Judge