UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HARRIET LOWELL, *individually and on behalf of all others similarly situated*, and WESTCHESTER DISABLED ON THE MOVE, INC.,

                                      Plaintiffs,

-against-

LYFT, INC.,

                                      Defendant.
-------------------------------------------------------------X

**ORDER**

17 Civ. 6251 (PMH) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Plaintiffs have filed a motion for class certification.  ECF No. 282.  Plaintiffs' memorandum of law in support of the motion was filed under seal pursuant to the amended stipulated protective order filed in this action, ECF No. 284, and a public version of the memorandum of law was filed on the docket, ECF No. 283, with the limited confidential information redacted.  The public version and the sealed version of the memorandum of law, however, are not the same versions.  Indeed, the cover page of the sealed version contains the title "*Revised* Memorandum of Law in Support of Plaintiffs' Motion for Class Certification," (emphasis added), whereas the cover page of the public version contains the title "Memorandum of Law in Support of Plaintiffs' Motion for Class Certification."[1]

---

[1] The Court has been provided with appropriate copies of all of the relevant filings, and it is the Court's understanding that appropriate copies of all relevant documents have been served on Defendant.  The purpose of this Order is to ensure that the docket contains publicly accessible versions of all of the materials that have been considered by the Court in connection with the motion for class certification.

Plaintiffs are hereby ordered to file a redacted, public version of the "revised" memorandum of law by no later than **December 19, 2022**.

Dated: December 15, 2022
      White Plains, New York

                                  **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge