**FBFG** | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

1 NORTH BROADWAY, SUITE 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

**BY ECF**
Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 6, 2023

   Re:   *Lowell, et al. v. Lyft, Inc.*, No. 7:17-cv-06251-PMH-AEK (S.D.N.Y.)

Dear Judge Halpern,

   We represent Plaintiffs Harriet Lowell and Westchester Disabled on the Move, Inc. (collectively, the "Plaintiffs") in the above-referenced action. We write to respectfully request a two-week extension to the deadline to file the Proposed Joint Pretrial Order from January 13, 2023, to January 27, 2023.

   Pursuant to Your Honor's December 13, 2022, Order, ECF No. 336, Plaintiffs and Defendant Lyft, Inc. (collectively, the "Parties"), were directed to file a revised Proposed Joint Pretrial Order to the Court by January 13, 2023. Given that Magistrate Judge Krause's Report and Recommendation granting in part Plaintiffs' motion for class certification, ECF No. 340, was issued on December 22, 2022, Plaintiffs require more time to communicate with potential witnesses, finalize their witness list, and revise the Proposed Joint Pretrial Order. Accordingly, Plaintiffs respectfully request that the Court extend the deadline to file the Parties' Proposed Joint Pretrial Order from January 13, 2023, to January 27, 2023.

   Plaintiffs have conferred with Defendant, who consents to the requested extension.

   Plaintiffs thank the Court for its continued attention to this matter.

                                                   Respectfully submitted,

                                                   By: *s/ Jeremiah Frei-Pearson*
                                                   Jeremiah Frei-Pearson
                                                   **FINKELSTEIN, BLANKINSHIP,**
                                                   **FREI-PEARSON & GARBER, LLP**
                                                   1 North Broadway, Suite 900
                                                   White Plains, New York 10601
                                                   Tel: (914) 298-3281
                                                   Fax: (914) 824-1561
                                                   jfrei-pearson@fbfglaw.com