UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET LOWELL, et al.,

               Plaintiffs,

-against-

LYFT, INC.,

               Defendant.

**ORDER**

17-CV-06251 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to scheduling conflicts, the status conference scheduled for June 26, 2023 is adjourned to **August 30, 2023 at 3:00 p.m.** to be held in Courtroom 520 of the White Plains courthouse.

SO ORDERED:

Dated: White Plains, New York
       June 15, 2023

Philip M. Halpern
United States District Judge