UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET LOWELL, et al.,

                Plaintiffs,

-against-

LYFT, INC.,

                Defendant.

**ORDER**

17-CV-06251 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to a scheduling conflict, the status conference scheduled for August 30, 2023 is adjourned to **August 31, 2023 at 3:30 p.m.** to be held in Courtroom 520 of the White Plains courthouse.

SO ORDERED:

Dated: White Plains, New York
       August 11, 2023

_____
Philip M. Halpern
United States District Judge