UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET LOWELL, et al.,

               Plaintiffs,

-against-

LYFT, INC.,

               Defendant.

**ORDER**

17-CV-06251 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to scheduling conflicts, the evidentiary hearing scheduled for December 12, 2023 is adjourned to **February 1, 2024 at 9:30 a.m.** to be held in Courtroom 520 of the White Plains courthouse.

SO ORDERED:

Dated: White Plains, New York
         November 7, 2023

                                                        _____
                                                        Philip M. Halpern
                                                        United States District Judge