UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET LOWELL, et al.,

             Plaintiffs,

-against-

LYFT, INC.,

             Defendant.

**ORDER**

17-CV-06251 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The parties are hereby notified that this case is scheduled for a bench trial beginning on July 8, 2024. This case must therefore be trial-ready for July 8, 2024. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

    The parties are directed to immediately notify the Court if they have reached a settlement.

SO ORDERED:

Dated: White Plains, New York
        February 9, 2024

_____
PHILIP M. HALPERN
United States District Judge