**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
HARRIET LOWELL, et al.,

                Plaintiffs,

   -against-                                      17 **CIVIL** 6251 (PMH)

                                                    **JUDGMENT**

LYFT, INC.,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 30, 2024, all can agree that expanding transportation options for people with disabilities is of great importance. While it appears that Lyft has been able to launch Access mode in nine Regions where the population is dense, business partners are available and willing, or regulations require WAVs and WAV drivers in order for Lyft to do business, Plaintiffs have not established under the ADA or NYSHRL that any of the proposed modifications would result in effective WAV transportation in Westchester County, New York State, or across Lyft's 300 other Non-Access Regions. Likewise, Plaintiffs have not established their barrier removal theory. Judgment is entered for Defendant and Plaintiffs' Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        September 30, 2024

                                                        **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                              **BY:**   *K. Mango*

                                                       **Deputy Clerk**